# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-four.

Before:    Maria Araújo Kahn,
                *Circuit Judge,*

---

United States Securities and Exchange Commission,

        Plaintiff - Appellee,

v.

Ascendant Capital, LLC, Jeffry Schneider, David Gentile

        Defendants - Appellants,

GPB Capital Holdings, LLC, Ascendant Alternative Strategies, LLC, Jeffrey Lash,

        Defendants,

United States Attorney's Office for the Eastern District of New York,

        Intervenor.

---

**ORDER**

Docket Nos. 23-8010(L), 23-8035(Con)

    Appellee U.S. Securities and Exchange Commission requests that the Court set the following briefing schedule which was agreed to by the parties: Appellants' brief(s) due February 16, 2024; Appellee's response brief due March 22, 2024; and any reply briefs due April 12, 2024.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                        For the Court:
                                                         Catherine O'Hagan Wolfe,
                                                         Clerk of Court

