E.D.N.Y. – Bklyn
21-cv-583
Brodie, C.J.
Scanlon, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand twenty-four.

Present:
>Joseph F. Bianco,
>William J. Nardini,
>Maria Araújo Kahn,
>>*Circuit Judges*.

_____

United States Securities & Exchange Commission,

>*Plaintiff-Appellee*,

>v.                                                                23-8010 (L),
>                                                                       23-8035 (Con)

GPB Capital Holdings, LLC,

>*Defendant-Appellee*,

United States Attorney's Office for the Eastern District of New York,

>*Intervenor*,

>v.

Ascendant Alternative Strategies, LLC, Jeffrey Lash,

>*Defendants*,

Ascendant Capital, LLC, et al.,

>*Defendants-Appellants.*

_____

CERTIFIED COPY ISSUED ON 05/14/2024

Appellants move for a stay, pending appeal, of the portions of the district court's orders appointing a receiver. We are informed that Plaintiff-Appellee does not oppose the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2