

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549

| | |
|---|---|
| OFFICE OF THE<br>GENERAL COUNSEL | Morgan Bradylyons<br>(202) 551-7926<br>BradylyonsM@sec.gov |

August 16, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:   *SEC v. GPB Capital Holdings, LLC* (Nos. 23-8010, 23-8035)

Dear Ms. Wolfe:

      The Commission submits this status update letter to advise the Court of recent developments relevant to these consolidated appeals.  In light of a jury verdict finding the individual defendants-appellants in this case liable in a parallel criminal action, the Commission intends to move this Court to lift a stay of the portions of the orders on review to facilitate the return of money to defrauded investors.

      On December 21, 2023, Gentile, Schneider, and Ascendant Capital moved in this Court for a stay pending appeal of the District Court orders adopting the Report & Recommendation of the Magistrate Judge and appointing a receiver over GPB Capital Holdings, LLC.  Dkt. 18.  In light of the timing of the criminal trial of Gentile and Schneider and certain then-pending transactions by GPB Capital, the Commission did not oppose the entry of the stay.  But appellants did not seek to stay the proceedings in this appeal and, in the interest of facilitating the prompt return of assets to investors, the Commission moved for the Court to set a briefing schedule, which motion was granted.  Dkt. Nos. 37, 40.  Pursuant to the briefing schedule and while the stay motion was pending, the parties completed briefing, and appellants requested oral argument.  Dkt. Nos. 45 - 46, 56, 58, 61 - 67.  On May 14, 2024, this Court noted the Commission's non-opposition and granted the motion for "a stay, pending appeal, of the portions of the district court's orders appointing a receiver."  Dkt. 70.  The order does <u>not</u> stay the appeals.

      On June 12, 2024, the criminal trial against Gentile and Schneider began in the U.S. District Court for the Eastern District of New York. *USA v. Gentile, et al.*, Case No. 21-cr-00054 (E.D.N.Y). On August 1, 2024, the jury found both Schneider and Gentile guilty of conspiracy to commit securities fraud, conspiracy to commit wire fraud, and securities fraud, and Gentile also guilty of two counts of wire fraud. *See USA v. Gentile, et. al.*, Case No. 21-cr-00054 (E.D.N.Y.) Dkt. Nos. 472, 473.

      In light of the conclusion of the criminal trial and the verdicts against Gentile and Schneider on all counts, the Commission intends to move to lift the stay of the portions of the orders appointing a receiver. Commission staff recently spoke with counsel for Gentile and Schneider, and they indicated that they intend to oppose this motion. We anticipate filing the motion later this month.

Respectfully submitted,

/s/ Morgan Bradylyons
Morgan Bradylyons
Bankruptcy Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549-9040
(202) 551-7926
bradylyonsm@sec.gov