# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-four.

Before:    Joseph F. Bianco,
              William J. Nardini,
              Maria Araújo Kahn,
                    *Circuit Judges.*

_____

United States Securities & Exchange Commission,

        Plaintiff - Appellee,              **ORDER**

  v.                                               Docket Nos. 23-8010 (L), 23-8035 (Con)

GPB Capital Holdings, LLC,

        Defendant - Appellee,

United States Attorney's Office for the Eastern
District of New York,

        Intervenor,
  v.

Ascendant Capital, LLC, Jeffry Schneider,
David Gentile,

        Defendants - Appellants.

_____

    Appellee Securities and Exchange Commission moves the Court to lift the stay of the portions of the district court's orders appointing a receiver. Appellants oppose the motion.

    IT IS HEREBY ORDERED that the motion and opposition are REFERRED to the panel that will determine the merits of this appeal. The Clerk's Office is directed to expedite the scheduling of oral argument for the appeal.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe,
                                                    Clerk of Court

